UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SIERRA NEVADA BREWING CO.,

        Plaintiff,

   v.

MILLER BREWING COMPANY,

        Defendant.
_____/

NO. CIV. S-05-2309 LKK/PAN

**ORDER RE DISPOSAL DOCUMENTS AFTER NOTIFICATION OF SETTLEMENT**

    By application, counsel for plaintiff has requested a continuance of the Status Conference currently set for January 17, 2006. In that application, counsel for plaintiff informs the court that the parties have settled the above-captioned case. The request to continue the Status Conference is DENIED as unnecessary.

    Accordingly, the court now orders that the dispositional documents disposing of the case be filed no later than forty-five (45) days from the effective date of this order.

    All hearing dates heretofore set in this matter, including the Status Conference currently set for January 17, 2006, are hereby

1

1 **VACATED.**

2 <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE</u>
3 <u>IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO</u>
4 <u>CONTRIBUTED TO THE VIOLATION OF THIS ORDER.</u>

5 IT IS SO ORDERED.

6 DATED:   January 6, 2006.

7
8 <u>/s/Lawrence K. Karlton</u>
   LAWRENCE K. KARLTON
   SENIOR JUDGE
9 UNITED STATES DISTRICT COURT