UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA NEVADA BREWING CO.,<br>　　　Plaintiff, | No. CIV S-05-2308 FCD/DAD |
| v. | |
| ANHEUSER-BUSCH, INC.<br>　　　Defendant.<br>_____/ | |
| SIERRA NEVADA BREWING CO.,<br>　　　Plaintiff, | No. S-CIV-05-2309 LKK/PAN |
| v. | **NON-RELATED CASE ORDER** |
| MILLER BREWING CO.,<br>　　　Defendant.<br>_____/ | |

　　　The court has received the Notice of Related Cases concerning the above-captioned cases filed January 4, 2006.  <u>See</u> Local Rule 83-123, E.D. Cal.  The court has determined that it is inappropriate to relate or reassign the cases, and therefore declines to do so.  This order is issued for informational purposes only, and shall have no effect on the status of the cases, including any previous Related or Non-Related Cases Orders of this Court.

Dated: January 12, 2006

　　　　　　　　　　　　　　　　　　　　　　/s/ Frank C. Damrell Jr.
　　　　　　　　　　　　　　　　　　　　　　FRANK C. DAMRELL, Jr.
　　　　　　　　　　　　　　　　　　　　　　United States District Judge